IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GEORGE EALEY, Administrator of the Estate of TENNIEL O'BRYAN EALEY,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD ROUNDTREE, individually and in his official capacity as the Richmond County Sheriff, JIMMY WREN, individual and in his official capacity as a Richmond County Deputy, and GEORGE SAPP, individually and in his official capacity as a Richmond County Deputy,<br><br>    Defendants. | CASE NO.: |

## NOTICE OF REMOVAL

COME NOW Defendants, and file this Notice of Removal pursuant to 28 U.S.C. § 1441 and 1446, showing the Court the following:

1. Plaintiff filed an Amended Complaint in the Superior Court of Richmond County on March 11, 2019, styled *George Ealey, Administrator of the Estate of Tenniel O'Bryan Ealey v. Richard Roundtree, individually and in his official capacity as the Sheriff of Richmond County, and Jimmy Wren, individually and his official capacity as a Richmond County Deputy, and George Sapp, individually and in his official capacity as a Richmond County Deputy, Civil* Action No. 2019-RCCV-131.

2. Defendants accepted service of the complaint on March 21, 2019. Copies of the complaint, summons, and acknowledgement are attached as Exhibit A.

3. This Notice of Removal is being filed within 30 days of service on Defendants pursuant to 28 U.S.C. § 1446(b).

4. Plaintiff brought his action pursuant to 42 U.S.C. § 1983, alleging that Defendants violated the Fourth and Fourteenth Amendments by subjecting Mr. Ealey to an illegal seizure and excessive force.

5. Plaintiff also alleged state law claims to include a survival act, wrongful death, and false imprisonment.

6. This action presents a federal question over which the District Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331; it also presents a claim over which the District Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

7. Pursuant to 28 U.S.C. § 1441, this action can be removed to federal court.

8. A copy of the Notice of Filing Notice of Removal, which is attached as Exhibit B, will be provided to Plaintiff and the Clerk of the Superior Court of Richmond County as required by 28 U.S.C. § 1446(b).

**Wherefore**, Defendants move that this action be removed to this Court and that no further proceedings be had in the Superior Court of Richmond County.

Respectfully submitted this 29th day of March, 2019.

/s/Tameka Haynes
**Randolph Frails**
Georgia Bar No. 272729
**Tameka Haynes**
Georgia Bar No. 453026

*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GEORGE EALEY, Administrator of the Estate of TENNIEL O'BRYAN EALEY,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD ROUNDTREE, individually and in his official capacity as the Richmond County Sheriff, JIMMY WREN, individual and in his official capacity as a Richmond County Deputy, and GEORGE SAPP, individually and in his official capacity as a Richmond County Deputy,<br><br>    Defendants. | CASE NO.: |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing **Notice of Removal** by depositing a copy in the United States Mail with adequate postage attached thereon to:

Reginald A. Green
Greene Legal Group LLC
One Georgia Center, Suite 605
600 West Peachtree Street, N.W.
Atlanta, GA 30308

Malik Z. Shabazz
Black Lawyers for Justice
1200 G. Street, N.W., Suite 800
Washington, D.C. 20005

This 29th day of March, 2019.

/s/Tameka Haynes
**Randolph Frails**
Georgia Bar No. 272729
**Tameka Haynes**
Georgia Bar No. 453026

*Attorneys for Defendants*

4

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

5