IN THE SUPERIOR COURT OF RICHMOND COUNTY
STATE OF GEORGIA

| | |
|---|---|
| GEORGE EALEY, Administrator of the Estate of TENNIEL O'BRYAN EALEY,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD ROUNDTREE, individually and in his official capacity as the Richmond County Sheriff, JIMMY WREN, individual and in his official capacity as a Richmond County Deputy, and GEORGE SAPP, individually and in his official capacity as a Richmond County Deputy,<br><br>    Defendants. | CASE NO.: 2019-RCCV-131 |

## NOTICE OF FILING NOTICE OF REMOVAL

COME NOW Defendants pursuant to 28 U.S.C. § 1446 and notify this Court that a Notice of Removal was filed in the United States District Court for the Southern District of Georgia, Augusta Division with regard to this action. A copy of the Notice of Removal (without exhibits) is attached hereto as Exhibit A. Pursuant to 28 U.S.C. § 1446(d), further proceedings in the Superior Court of Richmond County are stayed unless and until the case is remanded.

Respectfully submitted this 29th day of March, 2019.

/s/Tameka Haynes
**Randolph Frails**
Georgia Bar No. 272729
**Tameka Haynes**
Georgia Bar No. 453026

*Attorneys for Defendants*

1

Exhibit B

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

IN THE SUPERIOR COURT OF RICHMOND COUNTY
STATE OF GEORGIA

| | |
|---|---|
| GEORGE EALEY, Administrator of the Estate of TENNIEL O'BRYAN EALEY,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD ROUNDTREE, individually and in his official capacity as the Richmond County Sheriff, JIMMY WREN, individual and in his official capacity as a Richmond County Deputy, and GEORGE SAPP, individually and in his official capacity as a Richmond County Deputy,<br><br>    Defendants. | CASE NO.: 2019-RCCV-131 |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing **Notice of Filing** by depositing a copy in the United States Mail with adequate postage attached thereon to:

Reginald A. Green
Greene Legal Group LLC
One Georgia Center, Suite 605
600 West Peachtree Street, N.W.
Atlanta, GA 30308

Malik Z. Shabazz
Black Lawyers for Justice
1200 G. Street, N.W., Suite 800
Washington, D.C. 20005

This 29th day of March 2019.

/s/Tameka Haynes
**Randolph Frails**
Georgia Bar No. 272729
**Tameka Haynes**
Georgia Bar No. 453026

*Attorneys for Defendants*

3

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com