# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| GEORGE EALEY ) <br> Administrator of the Estate of ) <br> TENNIEL O'BRYAN EALEY, ) <br> ) <br> ) <br>     Plaintiff, ) <br> ) CIVIL ACTION FILE NO. <br> v. ) <br> ) <br> RICHARD ROUNDTREE, individually, ) 1:19-cv-0049-JRH-BKE <br> and in his official capacity as the ) <br> Richmond County Sheriff, ) <br> ) <br> and ) <br> ) <br> JIMMY WREN, individually, and in ) <br> his official capacity as a Richmond ) <br> County Deputy, ) <br> ) <br> and ) <br> ) <br> GEORGE SAPP, individually, and in ) <br> his official capacity as a Richmond ) <br> County Deputy, ) <br> ) <br> ) <br>     Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(i) WITHOUT PREJUDICE

COMES NOW, George Ealey, administrator of the Estate of Tenniel O'Bryan Ealey, by and through his undersigned counsel, pursuant to Fed. R. Civ.

1

P. 41(a)(1)(A)(i) hereby gives notice that the above captioned action is voluntarily dismissed without prejudice against all named defendants.

Respectfully submitted, this 28th day of August, 2019.

                                    **GREENE LEGAL GROUP LLC**

                                    */s/ Reginald A. Greene*
                                    Reginald A. Greene, Esq.
                                    Georgia Bar No. 308674
                                    Attorney for Plaintiff

One Georgia Center, Suite 605
600 West Peachtree Street
Atlanta, Georgia 30308
Tel: 404-574-4308
Fax: 404-574-4312
rgreene@greenelegalgroup.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **GEORGE EALEY** ) | |
| **Administrator of the Estate of** ) | |
| **TENNIEL O'BRYAN EALEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION FILE NO.** |
| v. ) | |
| ) | |
| **RICHARD ROUNDTREE, individually,** ) | **1:19-cv-0049-JRH-BKE** |
| **and in his official capacity as the** ) | |
| **Richmond County Sheriff,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **JIMMY WREN, individually, and in** ) | |
| **his official capacity as a Richmond** ) | |
| **County Deputy,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **GEORGE SAPP, individually, and in** ) | |
| **his official capacity as a Richmond** ) | |
| **County Deputy,** ) | |
| ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i) WITHOUT PREJUDICE** with the Clerk of this Court using the CM/ECF which will electronically serve all counsel of record for Defendants:

Tameka Haynes, Esq.  
Randolph Frails, Esq.  
Frails & Wilson LLC  
211 Pleasant Home Road, Suite A1  
Augusta, GA 30907  
thaynes@frailswilsonlaw.com  
randyfrailswilsonlaw.com

This 28th day of August, 2019.

                                  Respectfully submitted,

                                  **GREENE LEGAL GROUP LLC**

                                  */s/ Reginald A. Greene*
                                  Reginald A. Greene, Esq.
                                  Georgia Bar No. 308674
                                  Attorney for Plaintiff

One Georgia Center, Suite 605  
600 West Peachtree Street  
Atlanta, Georgia 30308  
Tel: 404-574-4308  
Fax: 404-574-4312  
rgreene@greenelegalgroup.com