IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
GEORGE EALEY, Administrator of   *
the Estate of TENNIEL O'BRYAN    *
EALEY,                           *
                                 *
     Plaintiff,                  *
                                 *
     v.                          *     CV 119-049
                                 *
RICHARD ROUNDTREE,               *
individually and in his          *
official capacity as the         *
Richmond County Sheriff, JIMMY   *
WREN, individually and his       *
official capacity as a           *
Richmond County Deputy, and      *
GEORGE SAPP, individually and    *
in his official capacity as a    *
Richmond County Deputy,          *
                                 *
     Defendants.                 *
```

### O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 16.) Although Plaintiff filed the voluntary dismissal pursuant to Rule 41(a)(1)(A)(i), the Court analyzes the dismissal pursuant to Rule 41(a)(2) because Defendants filed an answer (Doc. 4).

Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(2). **IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines, if any, and

**CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of September, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA